UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL TEKLEMARIAM HAGOS,<br><br>Plaintiff,<br><br>v.<br><br>KING COUNTY PROSECUTING ATTORNEY'S OFFICE et al.,<br><br>Defendant. | CASE NO. 2:22-cv-1725 MJP-BAT<br><br>ORDER ADOPTING THE REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation by Magistrate Judge Brian A. Tsuchida (Dkt. No. 6). Having reviewed the Report and Recommendation, objections and the record, the Court ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Counts I and II and Defendants King County Prosecuting Attorney's Office; King County Correctional Facility; Jail Health Services; E. Bradford Bales, Deputy Prosecuting Attorney; Curtis in Classification are dismissed with prejudice.

1     (3)     Plaintiff is granted leave to file an amended complaint limited to the Eighth Amendment claims against Defendants Gonzalez and Driscoll contained in Count III. The amended complaint must be filed within 21 days of the date of this Order, or the matter will be dismissed.

    (4)     Because Plaintiff has been granted leave to file an amended complaint as to Count III only, the clerk is directed to rerefer this matter to Magistrate Judge Tsuchida.

The clerk is ordered to provide copies of this order to all counsel.

Dated January 5, 2023.

Marsha J. Pechman
United States Senior District Judge

ORDER ADOPTING THE REPORT AND RECOMMENDATION - 2