1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

6
7
8

DANIEL TEKLEMARIAM HAGOS ,

9
                                        Plaintiff,

CASE NO. 2:22-cv-01725-MJP

10
            v.

**ORDER OF DISMISSAL**

11
KING COUNTY PROSECUTING
ATTORNEY'S OFFICE, et al.,

12
                                        Defendants.

13
14
        On January 5, 2023, the Court issued an Order dismissing with prejudice Counts I and II

15
of Plaintiff's complaint and Defendants King County Prosecuting Attorney's Office, King

County Correctional Facility, Jail Health Service, E. Bradford Bales and Classifications Officer.

16
17
Dkt. 7.  The Court granted Plaintiff leave to file an amended complaint limited to the Eighth

Amendment claims against Defendants Gonzalez and Driscoll that were contained in Count III.

18
19
The Court further directed that any amended complaint must be filed within 21 days of the

matter will be dismissed.

20
21
        Plaintiff did not file an amended complaint, and instead on May 16, 2023, filed a

pleading entitled "Objection Order and Findings and Recommendation. Dkt. 8. Even construing

22
23
this objection in the broadest manner, the Court finds no basis to conclude it constitutes the

amended complaint that Plaintiff was ordered to file no later than January 27, 2023. The Court

accordingly DISMISSES the present complaint without prejudice.

The Clerk shall provide Plaintiff a copy of this Order and close the matter.

DATED this 17th day of May, 2023.

MARSHA J. PECHMAN
United States Senior District Judge